✎AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1   Revised by WAED - 02/11

# UNITED STATES DISTRICT COURT

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 30, 2020**

SEAN F. McAVOY, CLERK

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case**<br>**(For a Petty Offense)** — Short Form |
|---|---|
| v. | |
| FELIPE SALVADOR VELASQUEZ-TORRES | Case No.   2-20-CR-0033-TOR-1 |
| | USM No.   21672085 |
| | Katherine Westerman |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   1 of the Information Superseding Indictment

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 USC § 1325(a)(1) | Unlawful Entry Into the United States | 02/20/2020 | 1s |
| | | | |

☑ Count(s)   in the Indictment   ☐ is   ☑ are dismissed on the motion of the United States.

**IMPRISONMENT**

Defendant is hereby committed to the custody of the U.S.B.P. to be imprisoned for a total term of:  time served (67 days).

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are due immediately, payable to the Clerk of Court.

| | **Assessment/Processing Fee** | **Fine** |
|---|---|---|
| **Total:** | $   10.00 | $   0.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth:   1982

City and State of Defendant's Residence:
Othello, Washington

04/30/2020
Date of Imposition of Judgment

*Thomas O. Rice*
Signature of Judge

Hon. Thomas O. Rice        Chief Judge, U.S. District Court
Name and Title of Judge

04/30/2020
Date